**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRIAN NELSON**                                                                                    **PETITIONER**

v.                                    **CASE NO. 5:15CV00013 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                           **RESPONDENT**

**ORDER**

The recommended disposition ("recommendation") filed by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommendation is hereby adopted in its entirety in all respects.

Accordingly, Brian Nelson's petition [Doc. No. 1] and amended petition [Doc. No. 15] for a writ of habeas corpus are dismissed with prejudice. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no issue on which Nelson has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 9th day of June 2015.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE