**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BRIAN NELSON**                                                                                          **PETITIONER**

v.                                    **CASE NO. 5:15CV00013 BSM**

**WENDY KELLEY, Director of the
Arkansas Department of Correction**                                                **RESPONDENT**

## ORDER

The findings and a recommendation ("RD") submitted by United States Magistrate Judge Patricia S. Harris and petitioner Brian Nelson's objections thereto have been reviewed. After a careful consideration of these documents and a *de novo* review of the record, the RD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that Nelson's amended petition for writ of habeas corpus [Doc. No. 15] is dismissed with prejudice. A certificate of appealability is denied because Nelson has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)–(2).

IT IS SO ORDERED this 6th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE